UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

       -against-

                                                    NOTICE OF APPEARANCE
OSCAR ROMERO-LA TORRE,                    11-cr-00810-DLI-1

                Defendant.
-------------------------------------------------------------------X

SIR OR MADAM:

       PLEASE TAKE NOTICE that Alexei Schacht, an attorney admitted to practice law before this Court hereby appears as counsel of record for Oscar Romero-La Torre.

                                                    Respectfully submitted,

                                                    */s/ Alexei Schacht*

                                                    _____
                                                    Alexei Schacht
                                                    Attorney at Law
                                                    123 West 94th Street
                                                    New York, New York 10025
                                                    Tel: (646) 729-8180
                                                    Fax: (212) 504-8341
                                                    Email: alexei@schachtlaw.net

Dated: December 30, 2018